IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CR-135-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KENDALL LADELL BLUE, ) | |
| ) | |
| Defendant. ) | |

Not later than July 9, 2021, the United States shall file a response to defendant's pending motions [D.E. 164, 168, 169, 171, 172, 173].

SO ORDERED. This 10 day of June 2021.

JAMES C. DEVER III
United States District Judge